**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CURTIS E. LEWIS,**

    **Plaintiff,**

vs.                                                     **CASE NO. 5:05CV244-MCR/AK**

**MICHAEL J. ASTRUE,**[1]
**Commissioner of Social Security,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff's counsel seeks an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (d), for services performed on plaintiff's behalf in prosecuting this cause of action for judicial review of the denial of his application for social security benefits under 42 U.S.C. §405(g). (Doc. 25).

Plaintiff's counsel seeks an award of 17.2 hours for his services at the hourly rate of $125.00 for a total of $2150.00, and on behalf of his paralegal, Michelle L. Deal, for a total of 4.6 hours at the hourly rate of $50.00 per hour for a total of $230.00.

Defendant does not oppose an award in this amount. (Doc. 26).

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

The Equal Access to Justice Act provides for awards when:

1. the party seeking fees is a "prevailing party in a civil action brought by or against the United States;

2. an application for such fees, with an itemization of time supporting the application, is filed within 30 days of the final judgment rendered in the action; and

3. the position of the government is not substantially justified.

28 U.S.C. §2412 (d)(1)(A) & (B).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's Petition for Attorney's Fees (doc. 25) be **GRANTED**, and that the Court enter an order awarding fees in the requested amount of $2380.00.

**IN CHAMBERS** at Gainesville, Florida, this __19th__ day of April, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.