**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CURTIS E. LEWIS,

    Plaintiff,

vs.                                         CASE NO. 5:05cv244/MCR/AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

The Magistrate Judge filed a Report and Recommendation dated May 21, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. No objections having been made, I have determined that the Report and Recommendation should be **ADOPTED**. Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. That Plaintiff's Petition for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 25) be, and it is hereby, **GRANTED**, and that plaintiff's attorney David E. Evans be, and he is hereby, awarded the sum of $2380.00 to be paid in accordance with the provisions of 28 U.S.C. §§2414 and 2517.

**DONE AND ORDERED** this 21st day of May, 2007.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**