UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTIS E. LEWIS,

    Plaintiff,

vs.                              CASE NO.: 5:05cv244/MCR/AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

By Order dated May 21, 2007, Plaintiff's counsel was awarded attorney's fees pursuant to 28 U.S.C. § 2412 (EAJA). (Doc. 28). Defendant has moved to modify that order to reflect that the EAJA award should be paid to Plaintiff. (See doc. 29). Upon consideration, the court will grant Defendant's motion. Accordingly, it is

ORDERED:

Defendant's Motion for Relief From Judgment or Order (doc. 29) is GRANTED. The Order dated May 21, 2007, is modified to the extent that the payment directed therein shall be made payable to Plaintiff and mailed to Plaintiff's attorney.

**DONE and ORDERED** this 28th day of November, 2007.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**